NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1262

SIRF TECHNOLOGY, INC., E-TEN CORP.,
PHAROS SCIENCE & APPLICATIONS, INC.,
MITAC INTERNATIONAL CORP.,
and MIO TECHNOLOGY LIMITED, USA,

Appellants,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

BROADCOM CORPORATION and GLOBAL LOCATE, INC.,

Intervenors.

On appeal from the United States International Trade Commission in Investigation No. 337-TA-602.

ON MOTION

O R D E R

Upon consideration of Broadcom Corporation, Global Locate, Inc., and the International Trade Commission's unopposed motion for an extension of time, until July 10, 2009, to file their briefs,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 12 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Gregory A. Castanias, Esq.
      Daniel Valencia, Esq.
      James L. Quarles, III, Esq.

s19



JUN 12 2009

JAN HORBALY
CLERK